1  TROUTMAN SANDERS LLP
   Fletcher W. Paddison, Bar No. 077676
2  fletcher.paddison@troutmansanders.com
   Malte L. L. Farnaes, Bar No. 222608
3  malte.farnaes@troutmansanders.com
   550 West B Street
4  Suite 400
   San Diego, CA 92101-3599
5  Telephone:    619.235.4040
   Facsimile:    619.231.8796
6
7  Attorneys for Plaintiff
   The Jumpitz Corporation

**ORIGINAL**

'09 MAY 15  AM 11:39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

8
9              UNITED STATES DISTRICT COURT
10            SOUTHERN DISTRICT OF CALIFORNIA
11

'09 CV 1063    MMA RBB

THE JUMPITZ CORPORATION, a            Case No.
12  California corporation
                                      **COMPLAINT FOR INJUNCTION AND**
13            Plaintiff,              **DAMAGES**
14  v.                                **DEMAND FOR JURY TRIAL**
15  VIACOM INTERNATIONAL, INC., a
    Delaware corporation; and MTV
16  NETWORKS, INC., a Delaware
    corporation
17
              Defendants.
18

19                         **PARTIES**

20      1.      Plaintiff The Jumpitz Corporation ("TJC") is the holder of all trademark rights in

21  the THE JUMPITZ® trademark, which has been used in commerce continuously since December

22  2007 to identify and market TJC's children's entertainment products and services.  TJC is a

23  California corporation, headquartered in San Diego, California.

24      2.      Defendant Viacom International, Inc. ("Viacom") is a Delaware corporation

25  located in New York, New York.  Viacom is an entertainment company that recently announced

26  plans to distribute a cable television show under the trademark THE JUMPAROUNDS through

27  its affiliated cable television channels, Noggin, Nickelodeon and Nick Jr., which will feature

28  children's entertainment services very similar to those provided by TJC under the THE

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1012628v2                              1                    COMPLAINT FOR INJUNCTION
                                                                    AND DAMAGES

1   JUMPITZ® mark.

2       3.    Defendant MTV Networks, Inc. ("MTV") is a Delaware corporation located in

3   New York, New York.  Plaintiff is informed and believes and thereon alleges that MTV is a

4   subsidiary entertainment company of Viacom that also is engaged in the marketing and

5   distribution of a cable television show under the alleged word mark THE JUMPAROUNDS

6   through its affiliated cable television channels Noggin, Nickelodeon and Nick Jr.. Viacom and

7   MTV are collectively referred to as "Defendants."

8                        **JURISDICTION**

9       4.    This Court has jurisdiction pursuant to 15 U.S.C. §1221 and 28 U.S.C. §1338(a)

10   because this cases arises under the trademark laws of the United States, 15 U.S.C. §§1501 et seq.

11       5.    This court has supplemental jurisdiction over the state law claims for relief herein

12   under 28 U.S.C. §1367(a).

13       6.    Venue is proper in this District pursuant to 28 U.S.C. §1391 because Defendants

14   conduct business in this District, distribute and broadcast their television show in this District,

15   and sell and offer to sell their products in this District.  Defendants' infringing product is

16   promoted, marketed and broadcast to consumers within this District via the internet, through

17   Defendants' cable television channels, and through their website located at http://www.nickjr.com

18   /shows/the-jumparounds/index.jhtml.

19                   **FACTUAL ALLEGATIONS**

20       7.    This is an action for federal and state law trademark, service mark and trade dress

21   infringement and related claims, arising out of Defendants' infringement of TJC's THE

22   JUMPITZ® trademark and service mark and associated trade dress that TJC has used to identify,

23   market and promote its live action performance group which provides songs, shows and other

24   entertainment products and services for young children.  Defendants recently began marketing

25   and distributing a cable television show under the confusingly similar trademark THE

26   JUMPAROUNDS, which show features a live action performance group called THE

27   JUMPAROUNDS which is very similar in character, cast composition and image to the THE

28   JUMPITZ® performance group; which provides very similar music and entertainment goods and

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO CA 92101-3599

1012628v2        - 2 -        COMPLAINT FOR INJUNCTION
AND DAMAGES

1  services as THE JUMPITZ® group does, directed to the same target audience (young children and

2  their parents): and is marketed and promoted in a manner similar to that by which TJC markets

3  and promotes its THE JUMPITZ® group, products and services. The Defendants use of THE

4  JUMPAROUNDS mark and associated trade dress to identify its performance group, television

5  series, and related goods and services is likely to cause confusion of the public as to the source,

6  origin, sponsorship and approval of goods or services, and as to the affiliation, sponsorship and

7  approval of the Defendants' and/or TJC's goods and services.

8       8.    This Complaint asserts claims for infringement of TJC's federally registered THE

9  JUMPITZ mark in violation of Lanham Act Section 32, 15 U.S.C. §1114 (Count I); for false

10  designation of origin in violation of Lanham Act Section 43(a) of the Federal Lanham Act, 15

11  U.S.C. §§ 1114 & 1125(a) (Counts II, III); for violation of California statutory Unfair Business

12  Practices Act claims, Cal. Bus. & Prof. Code §17200 (Count IV); for common law trademark and

13  trade dress infringement (Count V); and for denial and cancellation of Defendants' trademark

14  application, 15 U.S.C. §1119 (Count VI).

15       9.    The Jumpitz Corporation was founded in September 2007 as a digital media

16  company and live action performance group engaged in the business of producing and selling

17  entertainment shows featuring stories, song, and dance for children between two to six years of

18  age through hard copy and downloadable DVD's, music CDs, and an interactive website.

19       10.    TJC's mission at its inception was to provide socially responsible and engaging

20  entertainment for children aged 2 and up. TJC introduced THE JUMPITZ® in December 2007

21  and promoted sales of its pilot program through Amazon.com and ITunes. In January 2008, TJC

22  launched THE JUMPITZ® website at www.jumpitz.com.

23       11.    THE JUMPITZ® are a group of five individually-developed characters, each with

24  their own unique looks, talents, and "favorites." Specifically, THE JUMPITZ® cast is comprised

25  of two Caucasian males, a Caucasian woman with strawberry blond/red hair, a Latino woman

26  with long black hair and an African American male, all in their early twenties. THE JUMPITZ®

27  perform shows involving song and choreographed dance for children, either in live performances

28  or on DVD and CD. Attached hereto as Exhibit "1" are true and correct copies of THE

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1012628v2

- 3 -

COMPLAINT FOR INJUNCTION
AND DAMAGES

1   JUMPITZ® website homepage, along with the webpage for each of THE JUMPITZ® characters.

2        12.    Since December 2007, TJC has continually used the trademark THE JUMPITZ® to

3   identify, promote, market, and distribute THE JUMPITZ® shows, songs, videos, DVD's and

4   music CDs.   THE JUMPITZ® products have been sold through Amazon.com, iTunes,

5   Target.com; CDBaby.com; as well as through retail book stores, including Barnes & Noble and

6   Borders Books.  Examples of THE JUMPITZ® products for sale through several of these vendors

7   is attached as Exhibit "2."

8        13.    THE JUMPITZ® brand has gained national recognition since it was first

9   introduced in December 2007.  TJC strongly promotes THE JUMPITZ® brand and its products,

10  advertising and promoting THE JUMPITZ® products through magazine articles, promotional

11  materials, live-event appearances, including well publicized charity events and celebrity events,

12  some of which will be featured on the Oxygen television channel in May 2009.  THE JUMPITZ®

13  have also received national press from such news and entertainment sources as *People Magazine*,

14  *Access Hollywood*, *USA Today*, *Celebrity Baby*, among others.  Attached hereto as Exhibit "3"

15  are true and correct examples of THE JUMPITZ® as mentioned and featured in the press.

16       14.    TJC has developed a state of the art interactive website located at

17  www.jumpitz.com, which features THE JUMPITZ® performing group and their characters and

18  advertises, promotes and sells THE JUMPITZ® products including DVD's, and downloadable

19  music and video.   Attached hereto as Exhibit "4" are true and correct examples of THE

20  JUMPITZ® website page through which THE JUMPITZ® DVD's and songs are sold.

21       15.    TJC has also developed a distinctive trade dress for its THE JUMPITZ® products

22  and services.  In particular, this trade dress includes the group composition, characters, costume

23  colors, and performing style of the performance group, as well as the website design, color

24  scheme, and layout.  The cast is made up of a multi-racial group of five friends in their late teens

25  and early twenties who sing and dance in unison, providing song and dance for children.  The

26  coloring of their clothes is pink, blue, red, orange and yellow.  The website is set out on a light

27  blue pastel background, accented with darker blue, green, orange and pink pastel squares  The

28  website for THE JUMPITZ® automatically plays the group's theme song when accessed.

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO CA 92101-3599
1012628v2                    - 4 -                COMPLAINT FOR INJUNCTION
                                                  AND DAMAGES

1    Moreover, the website has individual pages for each character which lists their hobbies and

2    interests along with some of their "favorites."

3         16.    THE JUMPITZ® brand has received national recognition and awards in the United

4    States, and in particular among consumers of live entertainment for children and children's music

5    and video products.  In March 2009, THE JUMPITZ® received a Parents' Choice Award for

6    DVD's.  Interestingly, Defendants were also awarded a Parents' Choice Award for television

7    programs on Nickelodeon, which are not the subject of this Complaint.  Attached hereto as

8    Exhibit "5" is a true and correct copy of the Parents' Choice website listing award winners for

9    DVD's and television shows.

10         17.    THE JUMPITZ® are currently scheduled to make public appearances during the

11    summer of 2009 at several events for families in the armed services and at amusement parks in

12    California.

13         18.    TJC aims to continue to grow THE JUMPITZ® brand and to expand its business,

14    particularly in the fields of television, and it is currently in discussions with several television

15    networks regarding a THE JUMPITZ® television show.  THE JUMPITZ® show, like its DVD's,

16    will feature the five characters described above in live action and will feature song and dance for

17    children.

18         19.    THE JUMPITZ® mark has been federally registered with the United States Patent

19    and Trademark Office ("USPTO"), in class 9 for **children's educational music CDs and**

20    **DVD's; digital materials, namely, downloadable audio and video files, featuring music and**

21    **interactive activities for children** (First use January 17, 2008), and in class 41 for **providing a**

22    **website for children in the fields of education, recreation, and entertainment** (First use

23    January 17, 2008).  Attached hereto as Exhibit "6" is a true and correct copy of the USPTO

24    Registration No. 3,619,150 for THE JUMPITZ® mark.

25         20.    In addition, TJC filed an intent to use application (Serial Number 77585471) with

26    the USPTO for registration of THE JUMPITZ® mark in class 28 for various toys.  That

27    application was published for opposition in the USPTO's Official Gazette on March 24, 2009.

28    The opposition period for this application expired on April 24, 2009, without any opposition

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1012628v2          - 5 -          COMPLAINT FOR INJUNCTION
AND DAMAGES

1   being made to the registration of THE JUMPITZ® mark. Attached hereto as Exhibit "7" is a true

2   and correct copy of the USPTO database record serial number 77585471. Attached as Exhibit

3   "8" is a true and correct copy of the Notice of Publication from the USPTO for application serial

4   number 77585471.

5   **Defendants' Infringing Use of Its THE JUMPAROUNDS Mark and Trade Dress**

6       21.    On Thursday, April 30, 2009, TJC learned through an article on the Variety

7   website that Defendants were planning on airing a cable television series entitled "THE

8   JUMPAROUNDS" on its cable television channel *Nickelodeon*, featuring a live action

9   entertainment group named THE JUMPAROUNDS employing song and dance for preschool-

10   aged children. Specifically, TJC learned that Defendants were planning to launch promotional

11   videos for the series starting May 1, 2009. Attached hereto as Exhibit "9" is a true and correct

12   copy of the article from the Variety website.

13       22.    The next day, May 1, 2009, Defendants launched a website located at

14   http://www.nickjr.com/shows/the-jumparounds/index.jhtml. The website prominently features

15   the mark THE JUMPAROUNDS in connection with a live action entertainment group featuring

16   song and dance for preschool aged kids.

17       23.    Defendants' THE JUMPAROUNDS performing group and characters are very

18   similar to TJC's THE JUMPITZ® performance group and characters, and provide essentially

19   identical entertainment and products to the same group of target consumers (young children and

20   their parents). In addition to containing strikingly similar names, THE JUMPITZ® and THE

21   JUMPAROUNDS both feature a small core group of characters (five in THE JUMPITZ® and four

22   in THE JUMPAROUNDS) with ages ranging in the teens to early twenties. THE JUMPITZ®

23   characters and THE JUMPAROUNDS characters are both diverse in their race and gender. THE

24   JUMPITZ® characters are five friends comprised of a blond Caucasian male, a brown-haired

25   Caucasian male; a strawberry-blond/red-haired Caucasian female; a Latina female, and an

26   African-American male. The dominant colors of THE JUMPITZ®'s clothes are pink, blue,

27   yellow, red and orange. THE JUMPITZ® are all in their late teens or early twenties. Similarly,

28   THE JUMPAROUNDS characters are four friends comprised of a blond Caucasian male, a red-

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1012628v2

- 6 -

COMPLAINT FOR INJUNCTION
AND DAMAGES

1  haired Caucasian female, a Latina female and an African-American male.  The dominant colors

2  of THE JUMPAROUNDS' clothes are pink, blue, yellow, red and orange.    THE

3  JUMPAROUNDS also appear to be in their late teens or early twenties.    Both the THE

4  JUMPITZ® and THE JUMPAROUNDS groups perform songs and dances for young children.

5  Both the THE JUMPITZ® and THE JUMPAROUNDS shows are filmed in studio using exterior

6  set designs.  On each of the groups' websites, the characters have their own individual sites listing

7  the activities they enjoy and some of their favorite things.  Further, THE JUMPITZ®'s website

8  and the JUMPAROUNDS' websites are also strikingly similar in that both use an identical light

9  blue pastel background, accented with darker blue, green, orange and pink pastel squares  The

10  websites for both THE JUMPITZ® and THE JUMPAROUNDS automatically play theme songs

11  when accessed.  Both websites allow the user to click on each character's picture to learn about

12  that character's specific hobbies and interests.  All things considered, THE JUMPAROUNDS and

13  THE JUMPITZ® are strikingly similar resulting in consumer confusion.    Attached hereto as

14  Exhibit "10" are true and correct copies of THE JUMPAROUNDS homepage and the individual

15  pages for each THE JUMPAROUNDS character.

16      24.    Defendants have a consumer products division that markets and sells Nickelodeon

17  themed products and DVD's through the internet and in retail stores.  TJC is informed and

18  believes that in addition to airing THE JUMPAROUNDS television series, Defendants intend to

19  sell THE JUMPAROUNDS products and DVD's nationwide through its website and in retail

20  stores.

21      25.    On or about December 2, 2008, Viacom filed an Intent to Use ("ITU") application

22  with the USPTO (Application Serial Number 77624650) for registration of the mark THE

23  JUMPAROUNDS in class 41, for **entertainment services in the nature of an on-going series of**

24  **programs featuring live action, comedy and drama provided through cable television,**

25  **broadcast television, internet, video-on-demand, and through other distribution platforms;**

26  **providing online information in the field of entertainment concerning television programs**.

27  This application is based on an intent to use only and confirms that Defendants had not used the

28  THE JUMPAROUNDS mark in commerce prior to December 2, 2008.

26.    The Defendants' use of THE JUMPAROUNDS mark to identify, market, and promote the same types of children's entertainment goods and services provided by TJC under its THE JUMPITZ® mark is likely to confuse and deceive the public as to the source, origin, sponsorship or approval of TJC's and/or the Defendants' goods and services, or as to the affiliation, connection or association of TJC with the Defendants or of the Defendants with TJC.

27.    The Defendants' use of THE JUMPAROUNDS trade dress that is very similar to TJC's THE JUMPITZ® trade dress is likely to confuse and deceive the public as to the source, origin sponsorship or approval of the Defendants' or TJC's goods and services, or as to the affiliation, connection or association of TJC with the Defendants or of the Defendants with TJC.

28.    In fact, the Defendants' recent use of THE JUMPAROUNDS mark and associated trade dress already has caused actual confusion of the public.

29.    After investigating the Defendants' intended use of the THE JUMPAROUNDS mark and associated trade dress, counsel for TJC sent a cease and desist letter to counsel for Viacom. A true and correct copy of this April 30, 2009 letter is attached hereto as Exhibit "11" hereto. On May 7, 2009, counsel for TJC received a response from counsel for MTV Networks confirming that they had received the cease and desist letter. Nevertheless, as of the date of the filing of this Complaint, the Defendants have failed and refused to cease and desist from use of THE JUMPAROUNDS mark and trade dress.

30.    Plaintiff is informed and believes that Defendants commenced their unauthorized use of a confusingly similar mark and trade dress with actual knowledge of TJC's rights in THE JUMPITZ® mark and trade dress, and with the intent to misappropriate and improperly benefit from the goodwill associated with THE JUMPITZ® mark and trade dress. Defendants have willfully continued their unauthorized use of the confusingly similar mark and trade dress notwithstanding TJC's demands that they discontinue their unlawful activities.

## ALLEGATION OF IRREPARABLE HARM

31.    By reason of Defendants' acts, Plaintiff has suffered, and will continue to suffer, irreparable damage to its business, reputation and goodwill, and the loss of sales and profits which Plaintiff would have realized but for Defendants' acts.   Unless preliminarily and

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1012628v2                - 8 -                COMPLAINT FOR INJUNCTION
                                                        AND DAMAGES

1  permanently restrained and enjoined, Defendants will continue to engage in the acts complained

2  of herein and will irreparably damage Plaintiff.  Plaintiff's remedy at law is not adequate to

3  compensate Plaintiff for all the injuries resulting from Defendants' actions.

### FIRST CLAIM FOR RELIEF

**(Infringement of a Federally Registered Mark --**

**Violation of Lanham Act Section 32;**

**15 U.S.C. Section 1114)**

8    32.   Plaintiff realleges and incorporates herein by reference paragraphs 1 through 31 of

9  this Complaint.

10    33.   Defendants have, in connection with its entertainment services, used in commerce

11  subject to regulation by the U.S. Congress, words, terms, names, symbols, copies and colorable

12  imitations of TJC's registered trademark THE JUMPITZ® in connection with the sale, offering

13  for sale, distribution or advertising of goods or services on or in connection with which such use

14  is likely to cause confusion, or to cause mistake, or to deceive.

15    34.   As set forth above, Defendants recently began marketing and distributing a cable

16  television show and internet site under the confusingly similar trademark THE JUMPAROUNDS,

17  which features a live action performance group called THE JUMPAROUNDS that is very similar

18  in character, cast composition, and image to the THE JUMPITZ® performance group; which

19  provides very similar music and entertainment goods and services as THE JUMPITZ® group

20  does, directed to the same target audience (young children and their parents): and is marketed and

21  promoted in a manner similar to that by which TJC markets and promotes its THE JUMPITZ®

22  group, products and services.

23    35.   The Defendants' use of a THE JUMPAROUNDS mark in connection with the

24  sale, offering for sale, distribution or advertising of goods and services is likely to cause

25  confusion, or to cause mistake, or to deceive, and thus constitutes an infringement of TJC's

26  federally registered THE JUMPITZ® mark.

27    36.   Plaintiff is informed and believes that Defendants' acts alleged herein where done

28  willfully, intentionally, and deliberately with conscious disregard for Plaintiff's rights and with

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1012628v2                - 9 -                COMPLAINT FOR INJUNCTION
                                             AND DAMAGES

1   the intent to confuse and deceive the public.

2      37.    Defendants' acts are in violation of 15 U.S.C. §1114 and Plaintiff has been and is

3   likely to be damaged by these acts.

4                        **SECOND  CLAIM FOR RELIEF**

5              **(Federal Unfair Competition and False Designation of Origin –**

6                  **Trademark Infringement -- in Violation of**

7              **Lanham Act Section 43(a); 15 U.S.C. Section 1125(a))**

8      38.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 37 of

9   this Complaint.

10     39.    The aforesaid acts of Defendants in adopting and using a THE JUMPAROUNDS

11  mark on or in connection with goods and services:

12     (a)    is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation,

13            connection, or association of Viacom and MTV with TJC, or as to the origin,

14            sponsorship, or approval of Defendants' goods or commercial activities by

15            Plaintiff; and/or;

16     (b)    is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation,

17            connection, or association of TJC with Viacom and/or MTV, or as to the origin,

18            sponsorship, or approval of Plaintiff's goods or commercial activities by

19            Defendants.

20     40.    Plaintiff is informed and believes that Defendants' acts alleged herein were done

21  willfully, intentionally, and deliberately with conscious disregard for Plaintiff's rights and with

22  the intent to confuse and deceive the public.

23     41.    Defendants' acts are in violation of 15 U.S.C. §1125(a) and Plaintiff has been and

24  is likely to be damaged by these acts.

25  ///

26  ///

27  ///

28  ///

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1012628v2                    - 10 -                    COMPLAINT FOR INJUNCTION
                                                       AND DAMAGES

**THIRD CLAIM FOR RELIEF**

**(Federal Unfair Competition and False Designation of Origin –**

**Trade Dress Infringement – in Violation of**

**Lanham Act section 43(a); 15 U.S.C. Section 1125(a)**

42.     Plaintiff realleges and incorporates herein by reference paragraphs 1 through 41 of this Complaint.

43.     Plaintiffs are the owners of THE JUMPITZ® trade dress, which consists of elements including the following:

(a)     The cast composition and characters of the performing group;

(b)     The dominant colors worn by the cast of the performing group;

(c)     The performing style of the performing group, including the type of songs and dances that they perform; as well as the set design, and

(d)     The color scheme, layout, design, and look and feel of THE JUMPITZ® website;

44.     THE JUMPITZ® trade dress is distinctive and consists of the group composition and look as well as the website layout and design. THE JUMPITZ® characters are five friends comprised of a blond Caucasian male, a brown-haired Caucasian male; a strawberry-blond/red-haired Caucasian female; a Latina female, and an African-American male.  The dominant colors of THE JUMPITZ®'s clothes are pink, blue, yellow, red and orange.  THE JUMPITZ® are all in their late teens or early twenties.  THE JUMPITZ® website has separate pages for each character that lists the activities they enjoy, their interests and some of their favorite things.  Further, THE JUMPITZ®'s website uses a light blue pastel background, accented with darker blue, green, orange and pink pastel squares  The websites for THE JUMPITZ® automatically plays music when accessed.

45.     THE JUMPITZ® trade dress is distinctive and non-functional, and serves to identify the source and origin of TJC's products and services.

46.     Defendants' unauthorized use of THE JUMPAROUNDS trade dress in commerce, including the composition and characters of THE JUMPAROUNDS performing group; the dominant colors of clothing worn by the group, the performance style of the group; the set design;

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO CA 97101-3599

1012628v2                                              - 11 -                        COMPLAINT FOR INJUNCTION
AND DAMAGES

1  and the color scheme, layout and design of THE JUMPAROUNDS website:

2        (a)     is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation,

3  connection, or association of Viacom and MTV with TJC, or as to the origin,

4  sponsorship, or approval of Defendants' goods or commercial activities by

5  Plaintiff; and/or;

6        (b)     is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation,

7  connection, or association of TJC with Viacom and/or MTV, or as to the origin,

8  sponsorship, or approval of Plaintiff's goods or commercial activities by

9  Defendants.

10      47.    Plaintiff is informed and believes that Defendants acts alleged herein where done

11  willfully, intentionally, and deliberately with conscious disregard for Plaintiff's rights and with

12  the intent to confuse and deceive the public.

13      48.    Defendants' acts are in violation of 15 U.S.C. §1125(a) and Plaintiff has been and

14  is likely to be damaged by these acts.

15  **FOURTH CLAIM FOR RELIEF**

16  **(Unfair Competition in Violation California**

17  **Business and Professions Code section 17200 et seq.)**

18      49.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 48 of

19  this Complaint.

20      50.    Defendants' acts constitute an unlawful, unfair or fraudulent business act or

21  practice.

22      51.    Defendants' acts are in violation of California Business and Professions Code §§

23  17200, et seq., and Plaintiff has been damaged and continues to be damaged by these acts.

24  **FIFTH CLAIM FOR RELIEF**

25  **(Common Law Trademark, Trade Name and Trade Dress Infringement)**

26      52.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 51 of

27  this Complaint.

28  ///

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1012628v2

- 12 -

COMPLAINT FOR INJUNCTION
AND DAMAGES

53.     By using the THE JUMPAROUNDS mark and other elements of trade dress, character and cast composition, website color scheme and layout, among other things,  in commerce in the same market and field served by Plaintiff, the Defendants have infringed Plaintiff's common law trademark and trade dress rights for which Plaintiff has priority of use.

54.     The Defendants' acts, and their unauthorized use of THE JUMPAROUNDS and of imitations of Plaintiff's trade dress have each caused and are likely to continue to cause confusion, mistake or deception in that the public is likely to believe mistakenly that the Defendants' uses of THE JUMPAROUNDS, the trade dress and other associated intellectual property has its source or origin with Plaintiff or is in some manner approved by, associated with, sponsored by or connected with Plaintiff, or that THE JUMPITZ® has its source of origin with Defendants or is in some manner approved by, associated with, sponsored by or connected with Defendants.

55.     The Defendants' infringement has irreparably harmed and will continue to harm Plaintiff irreparably, if not stopped.

56.     The Defendants have been unjustly enriched and have damaged Plaintiff's business, reputation and goodwill.

57.     Upon information and belief, the Defendants' acts complained of herein were intentional, wanton, willful and committed in bad faith with the intent to confuse and deceive the public.

58.     The Defendants have caused, and unless enjoined will continue to cause, irreparable harm and injury to Plaintiff for which there is no adequate remedy at law.

## SIXTH CLAIM FOR RELIEF

### (Denial of Defendants' Trademark Application Serial No. 77624650;

### 15 USC §1119 )

59.     Plaintiff realleges and incorporates herein by reference paragraphs 1 through 58 of this Complaint.

60.     In any action involving a registered mark, Section 37 of The Lanham Act, 15 U.S.C. §1119, authorizes the Court to determine a defendant's right to registration of a mark.

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1012628v2                                    - 13 -                    COMPLAINT FOR INJUNCTION
AND DAMAGES

61.     Defendants' application for federal registration of the mark THE JUMPAROUNDS should be denied because the THE JUMPAROUNDS mark is confusingly similar to TJC's federally registered THE JUMPITZ®.

62.     Plaintiff has been, and will continue to be, damaged by the attempted registration of Defendants' THE JUMPAROUNDS mark. Therefore, Plaintiff respectfully requests the Court order and certify to the Director of the United States Patent and Trademark Office that Defendants' application to register THE JUMPAROUNDS mark (United States Trademark Application Serial No. 77624650) should be denied registration.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment in favor of TJC and against Defendants Viacom and MTV, jointly and severally, as follows:

1.     That the Court enter judgment in favor of Plaintiff and against Defendants, and each of them, on all of Plaintiff's claims;

2.     That the Court preliminarily and permanently enjoin Defendants from airing of THE JUMPAROUNDS show complained of herein;

3.     That the Court issue preliminary and permanent injunctions enjoining and restraining Defendants, and each of them, and each of their employees, agents and servants, and any person acting in active participation or concert with them, from using the THE JUMPAROUNDS mark or any other trademark that gives rise to a likelihood of confusion, mistake, or deception mistake, or deception with respect to THE JUMPITZ® mark in connection with any children's television broadcast, internet site, goods or services;

4.     That the Court issue preliminary and permanent injunctions enjoining and restraining Defendants, and each of them, and each of their employees, agents and servants, and any person acting in active participation or concert with them, from using THE JUMPAROUNDS trade dress or any other trade dress that gives rise to a likelihood of confusion mistake, or deception with respect to THE JUMPITZ® trade dress in connection with any children's television broadcast, internet site, goods or services;

///

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1012628v2                              - 14 -                    COMPLAINT FOR INJUNCTION
                                                                    AND DAMAGES

1        5.     That the Court issue a preliminary and permanent injunction enjoining and

2    restraining Defendants, and each of them, and each of their employees, agents and servants, and

3    any person acting in active participation or concert with them, from doing any act likely to induce

4    the mistaken belief that Defendants, or their products, services, or commercial activities are in

5    any way affiliated, connected, or associated with TJC or its goods or services, or that TJC or its

6    products, services or commercial activities are in any way affiliated, connected with, or

7    associated with Defendants' goods or services;

8        6.     That Defendants, pursuant to 15 U.S.C. §1118, deliver up for destruction all

9    advertisements, promotions, signage, labels, packages, wrappers, and all other matter in the

10   custody or control of Defendants bearing THE JUMPAROUNDS mark or trade dress;

11        7.     That the Court order Defendants, pursuant to 15 U.S.C. §1116, within 20 days

12   after entry of an injunction, to file with the Court and serve on TJC a report in writing and under

13   oath setting forth in detail the manner and the form in which Defendants have complied with the

14   injunction;

15        8.     A judgment, to be certified to the Director of the United States Patent and

16   Trademark Office, ordering the denial of United States Trademark Application Serial No.

17   77624650 for THE JUMPAROUNDS pursuant to 15 U.S.C. § 1119 because THE

18   JUMPAROUNDS mark is confusingly similar to the Federally registered mark THE JUMPITZ®.

19        9.     That Defendants be ordered to account to Plaintiff for any and all profits derived

20   from Defendants' infringement and unfair competition;

21       10.    That Plaintiffs be awarded monetary relief in the form and amount of Defendants'

22   profits together with damages sustained by Plaintiff, and that such profits and damages be trebled

23   pursuant to 15 U.S.C. §1117;

24   ///

25   ///

26   ///

27   ///

28   ///

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO CA 92101-3599

1012628v2            - 15 -         COMPLAINT FOR INJUNCTION
AND DAMAGES

11.    For interest, costs, and reasonable attorney's fees;

12.    For such other relief as this Court may deem just and proper.

Dated: May __15__, 2009

TROUTMAN SANDERS LLP

By: _____
Fletcher W. Paddison
Malte L. L. Farnaes
Attorneys for Plaintiff
The Jumpitz Corporation

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff in this action, without waiving its objections to subject matter jurisdiction in this action, hereby demands trial by jury pursuant to Federal Rule of Civil Procedure 81(c).

Dated: May __15__, 2009

TROUTMAN SANDERS LLP

By: _____
Fletcher W. Paddison
Malte L. L. Farnaes
Attorneys for Plaintiff
The Jumpitz Corporation

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599
1012628v2
- 16 -
COMPLAINT FOR INJUNCTION
AND DAMAGES



# Jump In! Discover Your World™

| The Jumpitz | Kids | Parents & Teachers | Events | Shop |

...gaging stories and diverse characters that inspire kids to actively learn about their world. Enjoy songs, music videos, interactive video shorts, full length episodes and DVDs.



## Welcome!
Jump in and Have Fun!

### Fans and Experts Speak

*"The Jumpitz is an amazing, innovative approach to teaching children family values, personal responsibility, and global consciousness. I highly recommend it to any family in today's diverse world".*

**Dr. Keith Kanner, Host of "Your Family Matters"**

The Jumpitz In

**People Magazine**

BIRTHDAY BLOWOUTS

---

Stop Music 🔊

## Featured Video
*"Too Many Cooks"*



Play | Learn | Parenting

---

## Kidz Q's



If a genie gave you one wish, what would you wish for?

**VOTE HERE**

---

1-17

# Jump In! Discover Your World™

**Navigation:** The Jumpitz | Kids | Parents & Teachers | Events | Shop

My birthday is June 7 and I have a pet dog named Sophie. My hobbies are bike riding, reading, gardening and being creative with my journal. I like to draw pictures, write about my day and put things in my journal that I collect on my adventures with The Jumpitz. Check out my journal to see what I've been collecting and writing about!

There are so many things I like about being a Jumpitz. What I love most is that I get to learn new things all the time with my Jumpitz friends and have so much fun doing it!

## EMILY'S FAVORITES

**Games:** Board & card games
**Snack:** Yogurt
**Music:** Stevie Wonder
**Animal:** Flamingo

Email Emily





VIDEO

VIDEO

**The Jumpitz**
- Emily
- Jake
- Josh
- Mari
- Nathan
- McSniffley
- Katmandu
- Photo Gallery

Jumpitz

9~18

# Jump In! Discover Your World™

The Jumpitz | Kids | Parents & Teachers | Events | Shop



My birthday is October 7 and unlike the rest of my Jumpitz friends, I don't have a pet. If I did, it would be a hedgehog named Broadway! My hobbies are working out, creating music and acting. Sometimes I'll write and direct little plays that the Jumpitz can be in. I love saying, "And ACTION!" Don't tell anyone, but I like to act out the scripts as I read them.  also like to cook with my friend Josh and play my guitar.

Being a Jumpitz is the best. I get to hang out with my friends, play music, and do fun and interesting things. Don't forget to check out our jukebox so you can listen and sing along!

**JAKE'S FAVORITES**

Games: Scene It
Snack: Orange sorbet
Music: Jack Johnson
Animal: Lion

Email Jake

The Jumpitz
Emily
Jake
Josh
Matt
Nathan
McSmiley
Raimundo
Photo Gallery

VIDEO

VIDEO

1-19



View Cart ▷

# Jump In® Discover Your World™

The Jumpitz | Kids | Parents & Teachers | Events | Shop

My birthday is March 29 and I have a pet lizard named Geronimo that I sometimes carry around in my pocket.

My hobbies are sports – especially basketball, football and soccer. I like to cook, play board games, do silly things and pull pranks with my buddy McSniffley. I also enjoy science fiction and like reading comic books. Check out our recipes and have your own fun in the kitchen!

My favorite thing about being a Jumpitz is that we use our imaginations every day to experience new things with our friends.

VIDEO

VIDEO

## JOSH'S FAVORITES

**Games:** Basketball

**Snack:** Jell-O

**Music:** Rock-n-Roll

**Animal:** Giraffe

Email Josh

The Jumpitz
Jennifer
Jake
Josh
Omari
"Nation"
McSniffley
Katman-du
Photo Gallery

P-20

View Cart ▷

# Jump In! Discover Your World™



The Jumpitz
Emily
Jake
Josh
Mari
Nariyah
McSmiley
Katmandu
Photo Gallery

| The Jumpitz | Kids | Parents & Teachers | Events | Shop |

Mari

My birthday is December 12 and I have a pet fish named Oscar. I'm from Mexico and when I get really excited, I speak Spanish. In fact, because I am bilingual, I am helping all the Jumpitz friends learn Spanish.

My hobbies are researching and inventing. I love exploring the world on my computer and using it to keep in touch with my friends. I have other gadgets that I like to use, too, like my digital camera. Check out my photo album to see what we've been up to!

I love being a Jumpitz because I get to meet so many people and learn new things every day. I get to sing, dance and be inventive. What could be more fun!




## MARI'S FAVORITES

**Games:** Chess

**Snack:** Mangos

**Music:** Salsa

**Animal:** Monkey

Email Mari




VIDEO

VIDEO




1-21

# Jump In!® Discover Your World™

**Navigation:** The Jumpitz | Kids | Parents & Teachers | Events | Shop





The Jumpitz
- Emily
- Jake
- Josh
- Mari
- Nathan
- McShniffley
- Katmandu
- Photo Gallery

My birthday is August 14 and I have a pet bird named Passport!

My hobby is traveling. Growing up, I lived in several countries around the world and got to see and learn so many interesting things. I learned how people eat different foods, speak different languages and celebrate in different ways. Check out our fan mail to see what other kids have been saying!

I love being a Jumpitz because I get to continue to travel the world and meet new people. I don't know where I'll be off to next, but you can bet I'll pick up a little trinket and put another sticker on my bag!



**Nathan's Favorites**

**Games:** Hacky Sac

**Snack:** Kiwi

**Music:** Calypso

**Animal:** Kangaroo

 VIDEO

 VIDEO

1-22

Amazon.com: jumpitz

**Hello.** Sign in to get personalized recommendations. New customer? Start here. **FREE 2-D**

Your Amazon.com        Today's Deals        Gifts & Wish Lists        Gift Cards

**Shop All Departments**        Search   All Departments        | jumpitz

| **Department** | **"jumpitz"** | | |
| --- | --- | --- | --- |

**Department**
 **Any Department**
  DVD (6)
  MP3 Downloads (68)

**Shipping Option** (What's this?)
 **Any Shipping Option**
  *Prime* Eligible (6)
  Free Super Saver Shipping (6)

**"jumpitz"**

Select Results from All Departments        Choose a    Department    to enable sorting

1. 
**The Jumpitz 'Goin' Groovy'** ~ The Jumpitz (**DVD** - Mar 14, 2008)
8 Used & new from $7.49
Get it by Friday, May 15 if you order in the next 21 hours and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
★★★★★ (all) 6 items

2. 
**The Jumpitz Celebrate Animals!** ~ The Jumpitz (**DVD** - Nov 21, 2008)
Get it by Friday, May 15 if you order in the next 21 hours and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
★★★★★ (all) 6 items

**Listmania!**



Wiggles Must-have's !!!!: A list by Litzia Melendez ☑



Great Spanish Children's Books!: A list by Susan L. ☑

▸ Create a Listmania! list

**Search Listmania!**



3. 
**Los Jumpitz 'Goin' Groovy En Espanol'** ~ The Jumpitz (**DVD** - Mar 17, 2008)
2 Used & new from $9.95
Get it by Friday, May 15 if you order in the next 22 hours and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
★★★★★ (all) 6 items

4.
**Celebrate!** by The Jumpitz (**MP3 Download**)
MP3 Download from $0.99 items

5. 

ADVERTISEMENT

2-23



**Virgin** mobile

**NO ANNUAL CONTRACT $79.**99

**FULLY LOADED WITH**
FASTER INTERNET
MUSIC & VIDEO PLAYER
1.3 MP CAMERA
STEREO BLUETOOTH
VIDEO MMS

**GET THE SHUTTLE ≫**

TERMS

Ad feedback



**The Jumpitz 'Imagination Box'** ~ The Jumpitz (**DVD** - Mar 24, 2008)

Buy new: **$9.99**    2 Used & new from $7.88

Get it by **Friday, May 15** if you order in the next **22 hours** and choose one-day shipping.

Eligible for **FREE** Super Saver Shipping.

⋆⋆⋆⋆⋆ (1)

**DVD:** See all 6 items

6.


**Los Jumpitz 'The Imagination Box En Espanol'** ~ Los Jumpitz (**DVD** - Mar 24, 2008)

2 Used & new from $7.99

Buy new: **$9.99** May 15 if you order in the next **22 hours** and choose one-day shipping.

Eligible for **FREE** Super Saver Shipping.

**DVD:** See all 6 items

7.


**Jumping Every Day** by The Jumpitz (**MP3 Download**)

Download MP3 Song See $0.99 items

8.


**Please Sing Along** by The Jumpitz (**MP3 Download**)

Download MP3 Song See $0.99 items

9.


No image available

**The Jumpitz Shortcutz Vol 1** ~ The Jumpitz (**DVD** - April 20, 2009)

Not in stock $19.99 now and we'll deliver when available

Eligible for **FREE** Super Saver Shipping.

**DVD:** See all 6 items

10.


**There's Rain Today** by The Jumpitz (**MP3 Download**)

Download MP3 Song See $0.99 items

2-24

11. 
**Until Next Time** by The Jumpitz (**MP3 Download**)
Download MP3 Song: **$0.99**
**MP3 Downloads:** See all 68 items

12. 
**Las Galletas Estan Aqui** by The Jumpitz (**MP3 Download**)
Download MP3 Song: **$0.99** items

13. 
**Hasta Luego** by Los Jumpitz (**MP3 Download**)
Download MP3 Song: **$0.99** items

14. 
**Our Favorite Game** by The Jumpitz (**MP3 Download**)
Download MP3 Song: **$0.99** items

15. 
**Vamos a Cantar** by The Jumpitz (**MP3 Download**)
Download MP3 Song: **$0.99** items

16. 
**Where'd My Cookies Go?** by The Jumpitz (**MP3 Download**)
Download MP3 Song: **$0.99** items

« Previous | **Page: 1** 2 3 4 | Next »

**S P O N S O R E D   L I N K S** (What's this?)
## Great Birthday Parties
www.PumpItUpParty.com/Marietta   Pump It Up Inflatable Party Centers Clean, Safe, Private and FUN

**Search Feedback**

Did you find what you were looking for?  (Yes)  (No)

If you need help or have a question for Customer Service, please <u>visit the Help Section</u>.

ADVERTISEMENT

**Samsung Blast**
The Coolest Way
to stay connected...

is now

Save $17

Ad feedback

Search powered by A9

**Where's My Stuff?**
- Track your <u>recent orders</u>.
- View or change your orders in <u>Your Account</u>.

**Shipping & Returns**
- See our <u>shipping rates & policies</u>.
- <u>Return</u> an item (here's our <u>Returns Policy</u>).

**Need Help?**
- <u>Forgot your password?</u>
- Buy <u>gift cards</u>.
- <u>Visit our Help department</u>.

## Your Recent History  (<u>What's this?</u>)

**Recently Viewed Items**



<u>RocketFish SATA 3.5" Hard Drive Enclosure Kit RF-...</u> by Rocketfish

**Recent Searches**

<u>jumpitz</u> (All Products)

› **<u>View & Edit Your Browsing History</u>**

**amazon**.com®  <u>Amazon.com Home</u>  |  <u>Directory of All Stores</u>

International Sites:  <u>Canada</u>  |  <u>United Kingdom</u>  |  <u>Germany</u>  |  <u>Japan</u>  |  <u>France</u>  |  <u>China</u>

Business Programs: <u>Sell on Amazon</u>  |  <u>Build an eCommerce Site</u>  |  <u>Advertise With Us</u>  |  <u>Developer Services</u>  |  <u>Self-Publish with Us</u>

<u>Help</u>  |  <u>View Cart</u>  |  <u>Your Account</u>  |  <u>1-Click Settings</u>

<u>Investor Relations</u>  |  <u>Press Releases</u>  |  <u>Careers at Amazon</u>  |  <u>Join Associates</u>  |  <u>Join Advantage</u>

<u>Conditions of Use</u> | <u>Privacy Notice</u> © 1996-2009, Amazon.com, Inc. or its affiliates



All Products   -   

Sign In | New Guest

**EXPECT MORE. PAY LESS.** ◎ ❯ **Go inside the Bullseye and learn more about Target** ›

**Narrow Your Results**
DVD (5)



Go RED.
Save 10%.
Save on a day of shopping with
a REDcard℠ credit account.

› LEARN MORE & APPLY



anyone.
anywhere.
**anytime.**
Give a GiftCard ›

## search results

We found **5** matches for "jumpitz" at Target

## Books, Music, Videos + DVDs brought to you by amazon.com

### DVD brought to you by Amazon.com: 5 matches for "jumpitz"



no picture
available

**The Jumpitz Shortcutz Vol 1**
**DVD**
~ The Jumpitz, Jerry Hara

Item arriving in 2 to 6 weeks. Order now.

$12.99

**+ ADD TO CART**



**The Jumpitz Celebrate Animals!**
**DVD**
~ The Jumpitz, Jerry Hara

Usually ships in 24 hours

$12.99

**+ ADD TO CART**



**The Jumpitz 'Imagination Box'**
**DVD**
~ The Jumpitz

Usually ships in 24 hours

$9.99

**+ ADD TO CART**

**SEE ALL MATCHES**        **5 product matches in our DVD store**

**E-mail Exclusives**
Sign upto receive special offers and promotions from Target.

E-mail address:   

**Shipping Info**
Track an Order
Help

**Gift Giving**
TargetLists
Club Wedd Registry
Target Baby Registry

Gift Giving
Gift Wrap



Case 3:09-cv-01003-MMA-WVG   Document 1   Filed 05/15/09   PageID.31   Page 31 of 68

## The REDcards

 

**Save 10% Upon
Credit Approval ›**

Apply Now
Manage My Account
Card Benefits
Target Business Card

## Target Stores

Find a Store
Weekly Ad
Grocery Coupons
Photo
Portrait Studio
Optical
Pharmacy

## Company Information

About Target
Careers
Community
Pressroom
Investors
Diversity
Affiliates
Team Member Services

## Help

Track an Order
Return an Item
Contact Us
Shipping
Product Recalls
My Account
See All

**Privacy + Security | Terms + Conditions
California Privacy Rights | About This Site**

© 2009 Target.com. All rights reser
The Bullseye Design and Bullseye Dog are trademarks of Target Brands.
Powered by Amazon.

Exhibit 3

• Try 4 FREE PREVIEW Issues!
• Give the Gift of PEOPLE
• Free Newsletter—Sign Up Now!

The Verizon Collaboration Center
One of the many tools in the Verizon Small Business

Sign up for the Verizon Collaboration Center today and receive your First 30 Days FREE*

verizon
Learn More



# People

HOME | NEWS | PHOTOS | STYLE | GAMES | CELEBS | VIDEO | ARCHIVE | Search

## LATEST NEWS!

Rob Lowe's Feud with Second Nanny Also Ends

PEOPLE Readers: Jon & Kate Should Stay Together

Tori Spelling Was Worried About Raising a Girl

Criss Angel's Twitter Page Just an Illusion

Hugh Jackman to Sons: Don't Use Me to Get Girls

Prince Harry's Pal Says the Royal's 'Approachable'

Lindsay Lohan Lands New Movie Role

SEE MORE NEWS ›

SPONSORED LINKS

"1 Super Flat Belly Rule"
I cut down 12 lbs of fat in just 1 month by following 1 Easy Diet...

1 Flat Stomach Rule: Obey
I cut down 3 lbs of body fat every week by obeying this 1 simple...

Buy a link here

**TOP FIVE**
MOST READ STORIES THIS WEEK



1 Kate Gosselin 'Horrified' by Claims She Cheated with

‹ PREVIOUS ARTICLE                              NEXT ARTICLE ›

ONLY ON PEOPLE.COM
# Tori Spelling Celebrates Son's 2nd Birthday

By Ulrica Wihlborg

Originally posted Monday March 23, 2009 08:00 AM EDT



Dean McDermott, holding daughter Stella, and Tori Spelling, with son Liam and The Jumpitz
Photo by: Albert Michael / Startraks

Cars! Cake! The Jumpitz!

After missing his birthday party the previous weekend due to a high fever, Tori Spelling and Dean McDermott's son Liam was treated to a car-themed encore on Sunday.

Together with his mom, dad, 9-month-old sister Stella and 16 party guests, Liam celebrated his second birthday at his new home outside Los Angeles with the help of toys from the movie *Cars*, a car-shaped cake (from Beverly Hills bakery Hansen's Cakes) and a performance by his favorite music group, The Jumpitz.

"Liam is obsessed with the animated movie *Cars*," says his mom, "and I made him a little red car racing jumpsuit with a Liam name patch on it."

Liam and his friends also enjoyed a blow-up ball pit in his living room and a small petting zoo in the backyard.

The Jumpitz, a five-member children's performance group, helped the intimate group sing "Happy Birthday" to Liam before the cake cutting.

Says Spelling: "The cutest was when he got to dig his hands into the giant red car cake and Stella was right into it as well!"

At the end of the two-hour shindig, guests left with gift bags by Silver Spoons! – each with personalized bag tags by Mabel's Labels.

4 MORE WAYS TO GET People

   
SUBSCRIBE   NEWS FEEDS   NEWSLETTER   MOBILE

University of Phoenix
Thinking ahead.

——— ONLINE PROGRAMS ———

ASSOCIATE'S DEGREES
Associate of Arts in Business
Associate of Arts in Health Care Administration
Associate of Arts in Information Technology
BACHELOR'S DEGREES
Bachelor of Science in Business / Management
Bachelor of Science in Criminal Justice Administration
Bachelor of Science in Management
MASTER'S DEGREES
Master of Business Administration
Master of Arts in Education
Master of Information Systems

LEARN MORE ➜

## TODAY'S LATEST PHOTOS



MAY 14, 2009
Matthew's Prince of Malibu
Plus: Chris Pine, Katy Perry, Audrina Patridge and more
SEE PHOTOS ›

## MORE FROM PEOPLE




Cats in Sinks
These kitties found a place that's the right size for a cat nap!
SEE PHOTOS ›

• Video: Martha Stewart's Pups Fancy Jimmy Fallon!
• Paula Abdul Presents *Idol* Star with Guide Dog

from

3 - 30



## Motherhood Isn't Always Pretty. *Suave*

english | español | log in



# Hot Moms Club beta
*redefining motherhood*

○ about us  ○ press  ○ contests  ○ store  ○ contact

welcome! not a member? join now
sign in [                ] [                ] (go)
☐ remember me        >> forgot sign in information?

buy now

home • events • **HMC magazine** • Español • groups • community • partners • blogs

**in this issue** | **featured article**

- HMC Updates
- Features
- Recipes
- Parenting
- Relationships
- Health & Fitness
- Beauty & Style
- House & Home
- Contests
- Hot Products
- Columnists
- Green Mom
- Celebrity Dish
- Español

### KRISTY SWANSON AND LLOYD EISLER CELEBRATE MAGNUS'S 2ND BIRTHDAY
By: Michelle Fryer



**Poster by 5starbaby**

Newlyweds **Kristy Swanson** and **Lloyd Eisler**, who tied the knot Feb. 7 in San Luis Obispo, celebrated **Magnus Hart**'s 2-year-old birthday on February 15th and **Hot Moms Club** was there to help in the celebration.

About 80 guests gathered Sunday at the Treehouse Social Club in Los Angeles for cupcakes from Crumbs Bake Shop, entertainment by singing group The Jumpitz,



and watched Jumpitz videos in Think out of Box movie screen.





*a pea in the pod*
MATERNITY CLOTHING

[shop now]

the art of maternity™

"Magnus was in the middle of the dance floor performing with them," Kristy says of the five-member group. "It was over-the-top fun!"

Source: PEOPLE

3 - 31

# People

LEARN MORE   graduate | flexible schedules | evenings | CLICK HERE

HOME | NEWS | PHOTOS | STYLE | GAMES | CELEBS | VIDEO | ARCHIVE | Search

**LATEST NEWS!**

Danny Gokey's Most Memorable Songs

Rob Lowe's Feud with Second Nanny Also Ends

PEOPLE Readers: Jon & Kate Should Stay Together

Tori Spelling Was Worried About Raising a Girl

Criss Angel's Twitter Page Just an Illusion

Hugh Jackman to Son: Don't Use Me to Get Girls

Lindsay Lohan Lands New Movie Role

SEE MORE NEWS ▶

**SPONSORED LINKS**

Hip Resurfacing
Learn about Hip Resurfacing and how it compares to Hip Replacements

1 Rule of a Flat Stomach
I Cut Down 2 lbs of Stomach Fat Per Week by Obeying this 1 Old...

Buy a link here

## TOP FIVE
### MOST READ STORIES THIS WEEK



**1 ▲** Kate Gosselin 'Horrified' by Claims She Cheated with Bodyguard
"The allegations they're making about me are disgusting, unthinkable, unfathomable," she tells PEOPLE in an exclusive interview



**2 ▲** Kate Gosselin Admits to Struggling with Her Marriage



**3 ▲** Farrah Fawcett Breaks Her Silence

---

◀ PREVIOUS ARTICLE                    NEXT ARTICLE ▶

ONLY ON PEOPLE.COM

# Kristy Swanson & Lloyd Eisler Celebrate Son's Birthday

By Ulrica Wihlborg

Originally posted Monday February 16, 2009 08:30 PM EST



Kristy Swanson and Lloyd Eisler with son Magnus
Photo by: Spanman Photography

Newlyweds Kristy Swanson and Lloyd Eisler, who tied the knot Feb. 7 in San Luis Obispo, threw yet another party this weekend: son Magnus's 2-year-old birthday bash.

About 80 guests gathered Sunday at the Tree House Social Club in Los Angeles for cupcakes from Crumbs Bake Shop and entertainment by singing group The Jumpitz.

"Magnus was in the middle of the dance floor performing with them," Swanson says of the five-member group, who also sang for Tori Spelling's son Liam and daughter Stella two weeks ago. "It was over-the-top fun!"



Magnus's birthday party
Photo by: Spanman Photography

*Skating with Celebrities* winners Eisler and Swanson, who lost 45 lbs. in time for her wedding, plan to take a honeymoon at a later date.

"There was so much to do before the wedding," says the actress. "I didn't want to crash and burn and end up spending my honeymoon sleeping."

As for finally being able to call Eisler her husband: "I like it," she confirms. "Sometimes I jokingly call him my wife because he's such a Suzy Homemaker. He's great at doing the laundry and he's so good around the house. He's a wonderful team player."

POST TO:   ⓕ FACEBOOK   ▶ YAHOO BUZZ   ✖ DIGG   ✉ E-MAIL   🔲 RSS

◀ **PREVIOUS**                        **NEXT** ▶
Julia Roberts's Kids Keep Her from        Josh Duhamel & Fergie Head South
Ever Being Bored                              of the Border"

SPONSORED LINKS

---

**4 MORE WAYS TO GET** People

   
SUBSCRIBE | NEWS FEEDS | NEWSLETTER | MOBILE

University of Phoenix®
Thinking ahead.

— ONLINE PROGRAMS —

**ASSOCIATE'S DEGREES**
Associate of Arts in Business
Associate of Arts in Health Care Administration
Associate of Arts in Information Technology

**BACHELOR'S DEGREES**
Bachelor of Science in Business / Management
Bachelor of Science in Criminal Justice Administration
Bachelor of Science in Management

**MASTER'S DEGREES**
Master of Business Administration
Master of Arts in Education
Master of Information Systems

LEARN MORE ▶

## TODAY'S LATEST PHOTOS



MAY 14, 2009
**Katy Plays Favorites**
Plus: Matthew & Levi, Chris Pine, Audrina Patridge and more
SEE PHOTOS ▶

## MORE FROM PEOPLE

### CELEBRITY BABY BLOG



**Family Album: The Klum-Samuels**
See the love and fun shared by Heidi Klum, Seal and their growing brood
SEE PHOTOS ▶

• Celebrity Families Go Green
• Who's Due Next? Find Out Here!

*from* FOX NEWS

▶ Pop Tarts: Farrah Fawcett Shockingly Shaves Head
▶ Shanna Moakler Resigns From Post as Miss California Director
▶ 'American Idol': It's Adam vs. Kris in Next Week's Finale

More news at FoxNews.com ▶

*from* HUFFINGTON POST

▶ Streisand's Ex Penning Book: Details Her Affairs, Sexual Abuse

3 - 32



• Try 4 FREE PREVIEW Issues!
• Give the Gift of PEOPLE.
• Free Newsletter—Sign Up Now!

**Do you know your Credit Score?**

| Excellent | 750 - 840 | Fair | 620 - 659 | I Don't Know | ???? |
| Good | 660 - 749 | Poor | 340 - 619 | Find out INSTANTLY! | |

# People

HOME | NEWS | PHOTOS | STYLE | GAMES | CELEBS | VIDEO | ARCHIVE | Search

## LATEST NEWS!

Danny Gokey's Most Memorable Songs

Rob Lowe's Feud with Second Nanny Also Ends

PEOPLE Readers: Jon & Kate Should Stay Together

Tori Spelling Was Worried About Raising a Girl

Criss Angel's Twitter Page Just an Illusion

Hugh Jackman to Son: Don't Use Me to Get Girls

Lindsay Lohan Lands New Movie Role

SEE MORE NEWS ›

### TOP FIVE
MOST READ STORIES THIS WEEK



**1** Kate Gosselin 'Horrified' by Claims She Cheated with Bodyguard
"The allegations they're making about me are disgusting, unthinkable, unfathomable," she tells

‹ PREVIOUS ARTICLE          NEXT ARTICLE ›

BABIES
## Jason Priestley Expecting a Son?
Originally posted Friday May 08, 2009 09:10 PM EDT

Naomi Lowde-Priestley and Jason Priestley
Photo by: Chris Weeks / Wireimage

Jason Priestley is seeing blue.

The former 90210 star and wife Naomi Lowde-Priestley shopped for blue baby items at the Silver Spoon Dog & Baby Buffet in Los Angeles on Friday, including a pair of Stride Rite Pullet boy booties in navy.

"[Naomi] confirmed they were having a boy," says a source. "They are so excited. They said this is probably it for them because now they'll have one of each!" The couple are parents to daughter Ava, 22 months.

They also picked out Mabel's Labels for their daughter and mingled with other celebrity parents including actress Ali Landry, Dancing With the Stars host Samantha Harris and former Blossom star Mayim Bialik. The event will continue on Saturday, when the five-member children's entertainment group The Jumpitz will perform.

Priestley, 39, and Lowde, 33, announced they were expecting their second child last month.

The two wed in 2005 on Paradise Island in the Bahamas. Among the guests were former costars Jennie Garth and Tori Spelling.

SPONSORED LINKS

"1 Super Flat Belly Rule"
I cut down 12 lbs of fat in just 1 month by following 1 Easy Diet...

1 Flat Stomach Rule: Obey
I cut down 3 lbs of body fat every week by obeying this 1 simple rule.

Buy a link here

### 4 MORE WAYS TO GET People

   

SUBSCRIBE | NEWS FEEDS | NEWSLETTER | MOBILE


Then I found a treatment that works for me. My wish to wear color can come true.

### TODAY'S LATEST PHOTOS



MAY 14, 2009
**Matthew's Prince of Malibu**
Plus: Chris Pine, Katy Perry, Audrina Patridge and more
SEE PHOTOS ›

### MORE FROM PEOPLE



**Cats in Sinks**
These kitties found a place that's the right size

 Internet

3-34

 **SAN DIEGO** / AROUND TOWN

Subscribe to Email Newsletters & Mobile Alerts

| HOME | NEWS | SPORTS | AROUND TOWN | HEALTH | WEATHER | TRAFFIC & AUTOS | Search | GO |

EVENTS    THE SCENE    FASHION    DINING    NIGHTLIFE    SHOPPING    REAL ESTATE    GOLDEN LOCAL    VIDEO

# Fun, Free, Family Entertainment

Updated 11:27 AM PDT, Sun, Nov 30, 2008

Related Topics: Jumpitz Corporation

Comments    Post a Comment

PRINT    EMAIL    SHARE    BUZZ UP!



The Jumpitz Corporation is a San Diego based digital media company dedicated to delivering interactive content to children ages 2 and up.

A playful local entertainment group that inspires children to discover their world, has just released their FREE Holiday Concert Show Schedule.

Join the Jumpitz cast and celebrate the Holidays with your family with fun-filled stories, songs, and dance

The Jumpitz recently performed to a crowded group of captivated kids and their parents at The New Children's Museum in San Diego "We heard so much positive feedback from so many of our visitors! Everyone was so excited to get to see the Jumpitz. It was amazing to look out into the crowd and see kids and parents singing and dancing," said museum representative Kristin Mehrwerth.

Combining original, playful and engaging content with trusted "real life" characters that inspire children to discover their world, The Jumpitz introduces contemporary topics ranging from what it means to be part of a global community to possessing social awareness-in a fun, simplistic way "The Jumpitz are characters and concepts children can understand, relate with, and aspire to be like", says Gwen Moore, VP of Business Development.

Characters:

Emily is sensitive, caring, and introspective; she loves to journal and read

Jake is athletic and very artistic at the same time, with a musical flair

Josh is silly, sporty, and spontaneous.

Nathan is the adventurous world traveler

Mari is logical, practical, and book smart, she is bi-lingual

The Jumpitz Corporation is a San Diego based digital media company dedicated to delivering interactive content to children ages 2 and up Their interactive website also provides parents and caregivers entertaining multi-media tools that help teach children about positively engaging with their surroundings.

For more information, visit Jumpitz' website.



VIGILUCCI'S
RESTAURANT GROUP

**Top Stories - Around Town**    View All >

Hanging out at the Corner
44 minutes ago

Party With a Euphoric Splash
May 14, 2009

Top 10 Detox Spas in San Diego
May 14, 2009

 The Netflix Question: What Movie Should Go Musical?
20 minutes ago

San Diego's Adam Lambert in Final 2
1 minute ago

**We've Moved!**





# Jump In & Discover Your World ™

| The Jumpitz | Kids | Parents & Teachers | Events | Shop |

## DVDs

The Jumpitz DVDs are only a click away! Join Emily, Jake, Josh, Mari and Nathan as they sing and dance their way through fun and exciting adventures. Coming Soon: Jumpitz Shortcutz!! Enjoy the entire stack of all 10 shortcutz on this special edition DVD.



Jumpitz Shortcutz Volume 1
$12.99



Celebrate Animals!
$12.99

- DVDs
- Song Downloads
- Music Video Downloads
- Shortcutz Downloads
- Episode Downloads
- En Español

4-36

# Jump In! Discover Your World™

**The Jumpitz** | **Kids** | **Parents & Teachers** | **Events** | **Shop**

DVDs

Song Downloads

Music Video Downloads

Shortcutz Downloads

Episode Downloads

En Español

## Song Downloads

Enjoy fun and original songs by The Jumpitz. Listen to Emily, Jake, Josh, Mari and Nathan as they sing about animals, friends and traditional dances from other countries. You can download as many as you want and always have our music with you!


*Discover Your World* Music Download
$0.99


*Celebrate!* Music Download
$0.99


*We're All Friends* Music Download
$0.99


*Turtle Races* Music Download
$0.99


*Pets Depend on You* Music Download
$0.99

*Watch the Animals* Music Download
$0.99

4-37

# Parents' Choice

**CHILDREN'S MEDIA & TOY REVIEWS**
*Since 1978*

*Upcoming Announcements*
May 14th: TOY AWARDS
June 4th: BOOK AWARDS

**QUICK SEARCH:**
[ Custom Search ] [ Search ]

| ABOUT US | PARENTS' CHOICE AWARDS | READING, LEARNING & PLAY | GUIDES FOR PARENTS | NEWS & RECALLS | FAMILY ADVENTURES |

*Award Categories:* Audio   Book   DVD   Magazine   Software   Television   Toy   Video Game   Website

## DVD

**Numbers, colors, character & courage**

Although DVDs should never be used to replace a person or activity, they can be teaching tools. Carefully chosen *Parents' Choice Award-Winning DVDs* en the experience of discovering information or a work of art or an adventure on their own. Learning about numbers, colors, character or courage, the visual medium is one that can deliver big messages on a small screen.

SPRING 2008
Parents' Choice Award Winners: DVDs

DVD

Sort Winners By: [ By Age ]


**Ready, Set, Go! Your Guide to Kindergarten Transition**
Ages: Infant - 5 yr s.
DVD Price: $30.00



**Dr. Seuss' Horton Hears A Who!**
Ages: All Ages
DVD Price: $34.98



**Screen Play**
Ages: 2 - 8 yrs.
DVD Price: $14.99


**Dora the Explorer "Dora Saves the Snow Princess"**
Ages: 2 - 5 yrs.
DVD Price: $16.99



**Road Construction Ahead 2**
Ages: 2 - 7 yrs.
DVD Price: $19.95


**Celebrate Animals!**
Ages: 2 & Up
DVD Price: $12.99

---

**Search award winners by age, price & more.**
**PRODUCT FINDER >>**

**MORE IN DVDS:**

What Makes a Good DVD?

Reel Books


**MEDIA RATINGS**
**What Do They Mean?**
CLICK BELOW TO LEARN MORE
 TELEVISION Ratings
 MOVIE Ratings
 VIDEO GAME Ratings

**PREVIOUS AWARD WINNERS:**

Home Video/DVD

J- 38

# Parents' Choice
## CHILDREN'S MEDIA & TOY REVIEWS
### Since 1978

*Upcoming Announcements*
May 14th: TOY AWARDS
June 4th: BOOK AWARDS

QUICK SEARCH:

 Custom Search

ABOUT US | PARENTS' CHOICE AWARDS | READING, LEARNING & PLAY | GUIDES FOR PARENTS | NEWS & RECALLS | FAMILY A



Parents' Choice Awards : DVDs : DVD

Next ›





### Celebrate Animals!
*Spring 2009 DVD*
**Ages:** 2 & Up
**Producer:** The Jumpitz Corporation
**DVD Price:** $12.99

**Review:**
The five talented principles (referred to collectively as the Jumpitz) plus a character-suit dog and cat ("McSniffley" and "Katmandu") inhabit a colorful set somewhere in Jumptizville. The Jumpitz can not only act and sing, but they're hoofers as well. This is important because each episode features original songs and choreography.

In the first 30-minute episode, "McSniffley's Birthday Celebration," The Jumpitz decide to have a surprise party for the dog. While trying to determine what decorations to use for a theme, they manage to get in both Irish step dancing and a Mexican hat dance production number. The second episode, "Animal Adventures", charges the Jumpitz with caring for a box of turtles. In an effort to find out the best way to care for them, they visit the library but become distracted by all the good books and forget their mission. They have a turtle race (which features the funniest song of all, in my opinion) then finally go to the zoo to learn more. There they make the startling discovery that they don't have turtles, but rather, tortoises! (Good thing they checked their feet before dumping them in a pool.) With good messages abounding in music ("The World In Books," "Pets Depend on You,") and in narrative, this is sweet and engaging with polished production values.

*Reilly Reagan  ©2009 Parents' Choice*

Reilly Reagan, M.L.S. is a librarian and teacher currently working as a full-time mom. She has been reviewing media since 1991, writing for Library Journal and Video Librarian magazines. Her eight-year old and five-year-old sons enjoy helping with critiques.

**Look for this product at:**

Major, Specialty & Online Retailers

The Jumpitz Corporation
http://www.jumpitz.com

Amazon.com
http://www.amazon.com/exec/obidos/ASIN/B001KAXBNW/parentschoice-20

5- 39

# Parents' Choice
### CHILDREN'S MEDIA & TOY REVIEWS

May 14th: TOY AWARDS
June 4th: BOOK AWARDS

QUICK SEARCH:

| Search |

| ABOUT US | PARENTS' CHOICE AWARDS | READING, LEARNING & PLAY | GUIDES FOR PARENTS | NEWS & RECALLS | FAMILY ADVENTURES |



Browse Categories: Audio   Book   DVD   Magazine   Software   Television   Toy   Video Game   Website

# Television

### What, When and Where

We all agree that watching too much tv can sprout couch potatoes. But watching age appropriate programs, can germinate learning - about friendship, fish or financial ABCs. Manage your child's television viewing with intelligent choices and parental controls. Set family limits for the what, when and where television shows can be watched.



Search award winners by age, price & more.
**PRODUCT FINDER >>**

Parents' Choice Award Winners: Television

Television

**MORE IN TELEVISION.**

Media Management Tips

The Real World?

Paying Attention in Primetime

Sometimes a TV is Just a TV

Toddlers & "Interactive TV" Are Video-Based Toys Good for Your Child?

Multi-tasking Your TV

Inside Maggie and the Ferocious Beast

**PREVIOUS AWARD WINNERS**

Television



Sort Winners By:  **By Age**  ▼

 **NATURE: The Wolf That Changed America**
Ages: All Ages 

 **African American Lives 2**
Ages: All Ages 

 **NATURE: Clever Monkeys**
Ages: All Ages 

**Paper Capers**
Ages: Infant - 5 yrs. 

 **ToddWorld**
Ages: Infant - 5 yrs. 

 **NATURE**
Ages: All Ages 

 **NATURE: American Eagle**
Ages: All Ages 

 **Rolling**
Ages: All Ages 



 NATURE Crash: A Tale of Two Species
Ages: All Ages


 The Backyardigans
Ages: Infant


 The Wonder Pets!
Ages: 2 - 5 yrs.


 Yo Gabba Gabba!
Ages: 2 - 5 yrs.


 Toot & Puddle
Ages: 2 - 5 yrs.


 Will & Dewitt
Ages: 2 - 5 yrs.


 Go, Diego, Go!
Ages: 2 - 5 yrs.


 Dora The Explorer
Ages: 2 - 5 yrs.


 Ni Hoa, Kai-lan
Ages: 2 - 5 yrs.


 Sid the Science Kid
Ages: 3 - 6 yrs.


 Super WHY!
Ages: 3 - 6 yrs.


 Martha Speaks
Ages: 4 - 7 yrs.


 Arthur
Ages: 4 - 8 yrs.


 WordGirl
Ages: 4 - 7 yrs.


 Between the Lions
Ages: 4 - 7 yrs.


 Turbo Dogs
Ages: 4 - 8 yrs.

Heidi 4 Paws: A Furry Tale
Ages: 4 - 10 yrs.


5- 41



 Postcards from Buster
Ages: 4 8 Up

 True Jackson VP
Ages: 6 - 14 yrs.

 Nick News with Linda Ellerbee
Ages: 6 - 14 yrs.

 Cyberchase
Ages: 6 - 11 yrs.

 FETCH! with Ruff Ruffman
Ages: 6 - 10 yrs.

 Everybody Hates Chris
Ages: 7 - 10 yrs.

 SciQ
Ages: 9 - 12 yrs.

 Picturing the Presidents
Ages: 9 - 12 yrs.

 Designing Dogs
Ages: 9 - 12 yrs.

 Design Squad
Ages: 9 - 13 yrs.

 Smithsonian's Weirdest
Ages: 9 - 12 yrs.














Blindsided
Ages: 10 & Up

5 - 42

Exhibit 6

**Int. Cls.: 9 and 41**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. 3,619,150

Registered May 12, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# THE JUMPITZ

THE JUMPITZ CORPORATION (CALIFORNIA CORPORATION)

8921 COMPLEX DRIVE

SAN DIEGO, CA 92123

FOR: CHILDREN'S EDUCATIONAL MUSIC CDS AND DVDS; DIGITAL MATERIALS, NAMELY, DOWNLOADABLE AUDIO AND VIDEO FILES, FEATURING MUSIC AND INTERACTIVE ACTIVITIES FOR CHILDREN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-17-2008; IN COMMERCE 1-17-2008.

FOR: PROVIDING A WEBSITE FOR CHILDREN IN THE FIELDS OF EDUCATION, RECREATION, AND ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-17-2008; IN COMMERCE 1-17-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-585,345, FILED 10-3-2008.

KATHERINE STOIDES, EXAMINING ATTORNEY

b - 43

Exhibit 7



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu May 14 04:03:03 EDT 2009

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: | OR | Jump | to record: | **Record 2 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# THE JUMPITZ

| | |
|---|---|
| **Word Mark** | THE JUMPITZ |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Action figures, action skill games, baby multiple activity toys, balloons, balls for games, bath toys, battery operated action toys, bendable toys, board games, building games, card games, children's multiple activity toys, construction toys, crib toys, dolls, doll houses, drawing toys, electric toy vehicles, fantasy character toys, infant action crib toys, infant development toys, infant toys, inflatable bath toys, inflatable toys, jack-in-the-boxes, jigsaw puzzles, kites, lever action toys, mechanical action toys, mechanical toys, modeled plastic toy figurines, molded toy figures, musical toys, non-electronic toy vehicles, non-riding transportation toys, paper dolls, party favors in the nature of small toys, party games, plastic character toys, play mats containing infant toys, play money, playing cards, plush toys, pop up toys, positionable toy figures, pull toys, puppets, push toys, puzzles, ride-on toys, rubber character toys, sand toys, sandbox toys, skateboards, sketching toys, soft sculpture plush toys, squeezable squeaking toys, squeeze toys, stuffed and plush toys, stuffed toy animals, stuffed toys, talking toys, toy action figures, toy airplanes, toy animals, toy balloons, toy building blocks, toy cars, toy construction sets, toy construction sets, toy figures, toy furniture, toy gliders, toy harmonicas, toy hoop sets, toy houses, toy masks, toy model cars, toy modeling dough, toy music boxes, toy pianos, toy putty, toy record players, toy robots, toy rockets, toy scooters, toy sets of carpenters' tools, toy snow globes, toy tools, toy vehicles, toy vehicle track sets and roadways and accessories therefore, toys, namely, children's dress-up accessories, water squirting toys, wind-up toys. and wind-up walking toys |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial** | 77585471 |

7-44

| | |
|---|---|
| **Number** | |
| **Filing Date** | October 3, 2008 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 24, 2009 |
| **Owner** | (APPLICANT) The Jumpitz Corporation CORPORATION CALIFORNIA 8921 Complex Drive San Diego CALIFORNIA 92123 |
| **Attorney of Record** | Malte L. Farnaes |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

7 - 45

5/14/2009



**NOTICE OF PUBLICATION UNDER §12(a)**
**MAILING DATE:  Mar 4, 2009**
**PUBLICATION DATE:  Mar 24, 2009**

The mark identified below will be published in the Official Gazette on Mar 24, 2009.
Any party who believes they will be damaged by registration of the mark may
oppose its registration by filing an opposition to registration or a request to extend
the time to oppose within thirty (30) days from the publication date on this notice.  If
no opposition is filed within the time specified by law, the USPTO may issue a
Notice of Allowance.

To view the Official Gazette online or to order a paper copy, visit the USPTO
website at http://www.uspto.gov/web/trademarks/tmog/ any time within the
five-week period after the date of publication.  You may also order a printed version
from the U.S. Government Printing Office (GPO) at http://bookstore.gpo.gov or
202-512-1800.  To check the status of your application, go to http://tarr.uspto.gov/.

| | |
|---|---|
| SERIAL NUMBER: | 77585471 |
| MARK: | THE JUMPITZ |
| OWNER: | The Jumpitz Corporation |

40610577-17572-293

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
PO Box 1451
Alexandria, VA  22313-1451

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
CLICK2MAIL
22202

Recycle

9*****************AUTO**3-DIGIT 921

MALTE L. FARNAES
ROSS DIXON & BELL LLP
550 W B St Ste 400
San Diego , CA  92101-3599

8-46

Exhibit 9



Home | 5/14/2009  11:20 P.M. | Text size: a `A`

| NEWS | REVIEWS | CHARTS | FEATURES | PEOPLE | MEDIA CAREERS |

SPONSORED BY:

 TV

*Posted: Wed., Apr. 29, 2009, 8:00pm PT*     **Digg** submit     TALK BACK!   EMAIL   PRINT   CONTACT

# Nickelodeon preps 'Jumparounds'

## Live-action music series to debut this summer

By JON WEISMAN

Nickelodeon is set to launch the live-action kids show "The Jumparounds," which joins the cabler this summer.

"Jumparounds" is centered around music appreciation and life lessons for kids age 4 to 7.

To start promoting "Jumparounds," Nick and sister cabler Noggin (soon to be renamed Nick Jr.) will begin airing "Jumparounds" music videos on Friday.

The live-action comedy, which has a 20-episode order, will be stripped Monday-Friday. Show is executive produced by husband-and-wife team of Nadine van der Velde and Scott Kraft ("Rolie Polie Olie"), who wrote the lyrics for 30 original songs to run throughout the season. Matter Music is composing the tunes.

Physical comedy will be a regular part of the show, but choreography and dance moves that young viewers can repeat will be a major element. The four leads (Yvette Gonzalez-Nacer, Jon Beavers, Shayna Rose and Thomas Hobson) are students at a music school.

"We call it 'Preschool Musical,' " van der Velde said.

"Jumparounds" takes a unique place in Nick history -- it's the cabler's first skein directed at preschoolers with an all-human cast. No animation, no puppets -- very clean and modern, but nothing furry.



'The Jumparounds'

**MORE ARTICLES:**

**Milken panel dishes on TV's future**

**TNT set for a dramatic summer**

**Katzenberg, Nimoy feted at Saturns**

**SAG mailing out ballots May 19**

9 - 47

5/6/2005

THE JUMPAROUNDS

ABOUT THE BAND      MUSIC VIDEOS      PHOTO GALLERY

**the JumpArounds**

Meet The JumpArounds:
Shout, Marina, Kiki, and
Twist. They're four best
friends who love to sing
and dance. They play fresh,
catchy, contemporary pop
music with lyrics that are
100% preschool-friendly.
They've got a unique sound
that the whole family will
enjoy. Get up, get down.
Jump, JumpArounds!

To find out more, click on a
band member!



10 - 48

THE JUMPAROUNDS

ABOUT THE BAND     MUSIC VIDEOS     PHOTO GALLERY



## MARINA

Marina is an awesome drummer and the "rock steady" beat of The JumpArounds crew. She brings her drumsticks everywhere she goes and can play any drum (or anything resembling a drum) that you put in front of her. You know Marina is really excited about a great idea when she exclaims, "Hip hop and pop!"

**Favorite Colors:**
Teal and Purple

**Favorite Expressions:**
"Ready, steady, play" and "Hip hop and pop!"

10- 49

5/6/2005



THE JUMPAROUNDS

ABOUT THE BAND     MUSIC VIDEOS     PHOTO GALLERY

### KIKI

Vivacious, bubbly and spunky, Kiki is also a "kickin'" dancer who loves making up new dances and teaching them to her friends and band mates. Plus, she can rock the guitar and the violin!

**Favorite Colors:**
Pink and Mint Green

**Favorite Expressions:**
"Jumpin'" and "Kickin'"

10 - 50

5/6/2005

THE JUMPAROUNDS

ABOUT THE BAND     MUSIC VIDEOS     PHOTO GALLERY



Twist is a DJ, a skilled rapper, and a beat boxer. His instruments of choice are his super cool mixtables and his voice. Twist is really imaginative and a natural jokester. Even when his outrageous ideas don't come about, he doesn't get into a twist; he just goes with the flow!

**Favorite Colors:**
Yellow and Blue

**Favorite Expression:**
"Sweet"

10 - 51



10 OF 52

MALTE L. L. FARNAES
619.557.4310 telephone
malte.farnaes@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
550 West B Street, Suite 400
San Diego, CA  92101-3599
619.235.4040 telephone
619.231.8796 facsimile
troutmansanders.com

April 30, 2009

**VIA E-MAIL AND U.S. MAIL**

Michelena Hallie
VIACOM INTERNATIONAL INC.
c/o Anthony Ortiz 1515 Broadway
34th Floor
New York, NY 10036

Re:    **Infringement of Trademark**

Dear Ms. Hallie:

This firm represents The Jumpitz Corporation, which is the owner of the name and trademark, The Jumpitz, as well as its pending federal trademark "The Jumpitz" (Serial No. 77585345).   Kindly direct all communications to this office.

The Jumpitz is a live action children's entertainment group for preschoolers, and features engaging stories, song and dance to inspire kids to learn. The Jumpitz provide children and their families with musical, video, and interactive internet experiences and live performances. *See,* www.jumpitz.com.

It has come to our attention that you recently filed an intent-to-use trademark application for The Jumparounds (Serial No. 77624650) for a children's live action television and music program in Class 41.  It has also been brought to our attention that your company is intending to advertise the program starting this week.

Your intended mark is confusingly similar to The Jumpitz mark.  Moreover, your proposed mark promotes products and services which overlap with those offered under The Jumpitz mark.   Under these circumstances, your proposed registration and use of The Jumparounds mark would be likely to confuse the public as to the source of the parties' goods and services, suggests an affiliation with or sponsorship or approval by The Jumpitz which you do not have, and dilutes the strength of The Jumpitz mark.  Such registration and use of The Jumparounds mark would constitute federal and state trademark infringement, unfair competition and dilution, in violation of federal and state laws.

ATLANTA     CHICAGO     HONG KONG     LONDON     NEW YORK     NEWARK     NORFOLK     ORANGE COUNTY
RALEIGH     RICHMOND     SAN DIEGO     SHANGHAI     TYSONS CORNER   VIRGINIA BEACH     WASHINGTON, DC

11-53

**TROUTMAN
SANDERS**

Michelena Hallie
April 30, 2009
Page 2

We therefore requests that within ten (10) days of your receipt of this letter, you agree to expressly abandon your federal trademark application for the mark The Jumparounds and to cease and desist from any and all use of The Jumparounds mark, or any similar variant thereof.

Please understand that The Jumpitz mark is extremely valuable to our client, and that we will investigate all available legal remedies in the event you fail to comply with these requests. This request is made without waiver of any rights or remedies available to The Jumpitz Corporation at law or in equity. If you have any questions regarding the issues raised in this letter, we would welcome the opportunity to discuss them further. Thank you in advance for your anticipated cooperation.

Sincerely,

Malte L. L. Farnaes

cc:     Fletcher W. Paddison, Esq.

1012080v1

11- 54

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| THE JUMPITZ CORPORATION, a California corporation | VIACOM INTERNATIONAL, INC., a Delaware corporation; and MTV NETWORKS, INC., a Delaware corporation |

| (b) County of Residence of First Listed Plaintiff San Diego | County of Residence of First Listed Defendant New York |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
|  | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

**09 MAY 15   AM 11: 37**

SOUTHERN DISTRICT OF CALIFORNIA

(c) Attorney's (Firm Name, Address, and Telephone Number)
Fletcher W. Padison (#077676); Malte L.L. Farnaes (#222608)
Troutman Sanders LLP
550 West B Street, Suite 400
San Diego, CA  92101
(619) 235-4040/phone; (619) 231-8796/fax

Attorneys (If Known)

BY

**ORIGINAL**

**MMA RBB**

**'09 CV 1063**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question (U.S. Government Not a Party) |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | ☐ 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | Transferred from | | Appeal to District |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Lanham Act, 15 U.S.C. sections 1051, et seq.

Brief description of cause:
Infringement of a federally-registered trademark and associated trade dress.

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND:  ☒ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instructions): | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

| DATE May 15, 2009 | SIGNATURE OF ATTORNEY OF RECORD MALTE L.L. FARNAES |
|---|---|

**FOR OFFICE USE ONLY**

RECEIPT #  861    AMOUNT $350   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

TB 05/15/09

American LegalNet, Inc.
www.FormsWorkflow.com

JS 44 Reverse  (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**      **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**      **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**      **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**      **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**      **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**      **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**      Example:       U.S. Civil Statute: <u>47 USC 553</u>
Brief Description: <u>Unauthorized reception of cable service</u>

**VII.**      **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**      **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.
**Date and Attorney Signature.** Date and sign the civil cover sheet.

American LegalNet, Inc.
www.FormsWorkflow.com

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS000861
Cashier ID: mbain
Transaction Date: 05/15/2009
Payer Name: ADVANCED ATTORNEY SERVICES
----------------------------------
CIVIL FILING FEE
 For: JUMPITZ VS VIACOM INTL
 Case/Party: D-CAS-3-09-CV-001063-001
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 32562
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```