UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE JUMPITZ CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIACOM INTERNATIONAL, INC., a Delaware corporation, and MTV NETWORKS, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | Case No. 09 CV 1063 MMA WVG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 72] |

Having considered the parties' Joint Motion for Dismissal With Prejudice, and good cause appearing therefor, the Court **ORDERS** that this action, including all claims and counterclaims, is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs and attorneys' fees. The Court will retain jurisdiction for a period of forty-five (45) days for the limited purpose of enforcing the Payment Obligations as that term is defined in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: November 18, 2010

Hon. Michael M. Anello
United States District Judge